IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL TODD MANNING                                        PLAINTIFF

v.                            No. 3:23-cv-139-DPM

CINDY LUANN RICHARDSON, *et al.*                      DEFENDANTS

## ORDER

1.    Manning's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports living on social security disability income.

2.    The Court must screen Manning's complaint. 28 U.S.C. § 1915(e)(2). This is his fifth lawsuit against Richardson "and her group" alleging that they placed a radio tracker on Manning without his permission and exposed him to radiation for years. *Manning v. Richardson, et al.*, No. 3:22-cv-259-JM (E.D. Ark.); *Manning v. Richardson, et al.*, No. 3:22-cv-284-BRW (E.D. Ark.); *Manning v. Richardson, et al.*, No. 3:22-cv-305-KGB (E.D. Ark.); *Manning v. Richardson, et al.*, No. 3:23-cv-84-DPM (E.D. Ark.). Each case has been dismissed as frivolous. His similar claims here are fanciful. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). They fail to state a claim. 28 U.S.C. § 1915(e)(2)(B).

3.    I note that Manning names my colleague, Judge James M. Moody, Jr., as a defendant. Manning says has been denied access to the federal courts. Judge Moody presided over and dismissed one of

Manning's earlier cases. I infer that his actions in handling that case are why Manning has sued him in this case. Judge Moody is immune from suit for his decisions as a judge acting within his jurisdiction. *Hamilton v. City of Hayti, Missouri*, 948 F.3d 921, 925 (8th Cir. 2020). In the circumstances presented, my impartiality in deciding the claim against my colleague could not reasonably be questioned. 28 U.S.C. § 455.

    **4.** The Court will redact Manning's social security number and date of birth from page 9 of his complaint, *Doc. 2*.

    **5.** The Court also directs the Clerk of Court to place Manning on the restricted filer list because he has become a serial vexatious litigant. *In re Tyler*, 839 F.2d 1290, 1290–95 (8th Cir. 1988) (*per curiam*).

So Ordered.

                           */s/ D.P. Marshall Jr.*
                           D.P. Marshall Jr.
                           United States District Judge

                           18 August 2023