IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL TODD MANNING                                        PLAINTIFF

v.                        No. 3:23-cv-139-DPM

CINDY LUANN RICHARDSON;
SANDRA LOWBURG; SUSAN
ORR; KEVIN ORR; TODD SMITH;
VERA CARRUTHE; JOHN CARRUTHE;
CREOLA MARTIN; DIANE MARTIN;
DONNA MARTIN; REGINA G.
JOHNSON; DAVID VEASLY;
VONTE SINKS; LARON DAVIS;
MIKE HUCKABEE; RICK ELLIOT;
CAROL DUNCAN; SANDY DUKANE;
CURTIS TATE; MARIOM MOORE;
DAVID BOLING; CHRISTOPHER
BOLING; JOHN PRUNTY; JAMES
PRUNTY; GREG PRUNTY; RENEE
PRUNTY; JACKLYN RENEE PARKS;
NAZ KAZI; DAVID KING, SR.;
ANGELA KING; KRISTEN MANNING;
ANDREW FOWLER; DEVON
CARRUTHE; NICHALOUS GAINES;
MARTY BOYD; HAROLD PIERRIN;
MCGREGOR, Officer, Jonesboro Police
Department; JOE SHEPPARD; BLAKE,
Officer, Jonesboro Police Department;
JILL MORGAN-FREEMAN;
JILL MCMILLIAN; MOLLY SINKS;
OSWELL COLE, Mayor of Jonesboro,
Arkansas; ROGER MCKENNY;

JERRY JONES, Public Defender, Circuit Court;
LESLIE RUTLEDGE, Arkansas Attorney
General;  STEVEN CHRISTOPHER
BOLING;  AMBER JAMES;  MATTHEW
VAUGHN;  BLANCH CARVER, Parole
Officer, Jonesboro, Arkansas;  TOMMY
TOMBS;  JOHN SMITH;  AMAZON
PRIME;  and JAMES M. MOODY, JR.,
U.S. District Judge                                                         DEFENDANTS

## JUDGMENT

Manning's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 August 2023